ANTHONY L. MARTIN
Nevada Bar No. 8177
Anthony.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SHIELDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.; CREDIT ONE FINANCIAL, a Nevada Corporation; SHERMAN FINANCIAL GROUP, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-00934-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>*(First Request)* |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Defendant Credit One Bank, N.A. ("Defendant") and Plaintiff Karen Shields ("Plaintiff") (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, from September 5, 2019 to September 13, 2019. The Parties also stipulate and agree to extend the time for Defendant to file its Reply in Support of its Motion to Dismiss to September 25, 2019. The Parties are requesting this extension due to Defense counsel's previously scheduled vacation. This is the Parties' first request to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, and for Defendant to file its Reply in Support thereof.

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

**IT IS SO STIPULATED.**

Dated this 29th day of August, 2019.

| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Michael P. Balaban | /s/ Amy L. Howard |
| Michael P. Balaban | Anthony L. Martin |
| 10726 Del Rudini Street | Amy L. Howard |
| Las Vegas, NV 89141 | 3800 Howard Hughes Parkway |
| Telephone: 702.586.2964 | Suite 1500 |
| *Attorneys for Plaintiff Karen Shields* | Las Vegas, NV 89169 |
| | Telephone: 702.369.6800 |
| | *Attorneys for Defendant Credit One Bank N.A.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 29, 2019.

39819691.1

2