Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SHIELDS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CREDIT ONE BANK, N.A.; CREDIT ONE FINANCIAL, a Nevada Corporation; SHERMAN FINANCIAL GROUP, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-00934-JAD-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>(Second Request) |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Defendant Credit One Bank, N.A. ("Defendant") and Plaintiff Karen Shields ("Plaintiff") (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, from September 13, 2019 to September 20, 2019.  The Parties also stipulate and agree to extend the time for Defendant to file its Reply in Support of its Motion to Dismiss, from September 25, 2019 to September 30, 2019.  The Parties are requesting

this extension due to Plaintiff's counsel having to respond to another motion to dismiss on September 13, 2019.  This is the Parties' second request to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, and for Defendant to file its Reply in Support thereof.  This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

IT IS SO STIPULATED.

Dated this 9th day of September, 2019.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff<br><br>Dated: September 9, 2019 | /s/ Anthony L. Martin<br>Anthony L. Martin, Esq.<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV  89169<br>Attorney for Defendant<br><br>Dated: September 9, 2019 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 10, 2019.