ANTHONY L. MARTIN
Nevada Bar No. 8177
Anthony.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEW.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SHIELDS,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.; CREDIT ONE FINANCIAL, a Nevada Corporation; SHERMAN FINANCIAL GROUP, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | CASE NO.: 2:19-cv-00934-JAD-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>*(First Request)* |

  Pursuant to LR 7-1 and LR IA 6-2, Defendant Credit One Bank, N. A. ("Defendant") and Plaintiff Karen Shields ("Plaintiff), by and through their respective undersigned counsel, hereby stipulate and agree to reschedule the Early Neutral Evaluation Session ("ENE"), which is currently set for November 7, 2019, at 8:30 a.m. (ECF No. 28). Both Counsel for Defendant have previously scheduled engagements on that day; therefore, the parties have agreed that rescheduling the ENE is necessary.

  Accordingly, the parties respectfully request that the ENE be scheduled on any of the following dates:

December 18, 2019

December 20, 2019

This stipulation is not brought for the purposes of delay or any other improper purposes.

**IT IS SO STIPULATED.**

Dated this 30th day of September, 2019.

| LAW OFFICES OF MICHAEL P. BALABAN | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Telephone: 702.586.2964<br>*Attorneys for Plaintiff Karen Shields* | /s/ Amy L. Howard<br>Anthony L. Martin<br>Amy L. Howard<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant Credit One Bank N.A.* |

## **ORDER**

The Early Neutral Evaluation in this matter will take place on December 20, 2019 at 8:30 a.m. A request for an exception to the above attendance requirements must be filed and served upon all parties at least fourteen (14) days prior to the ENE session. Written evaluation statements shall be submitted directly to my Chambers, Room 3071 not later than December 13, 2019, by 4:00 p.m., which is seven (7) days prior to the ENE session pursuant to LR 16-6(f). All other orders in the Minute Order in Chambers (ECF No. 28) and the Order Scheduling Early Neutral Evaluation Session (ECF No. 21) remain in full effect.

Plaintiff must arrive at 8:30 a.m. and defendant must arrive at 9:00 a.m.

UNITED STATES MAGISTRATE JUDGE

October 4, 2019
DATE