ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN SHIELDS,<br><br>            Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.; CREDIT ONE FINANCIAL, a Nevada Corporation; SHERMAN FINANCIAL GROUP, LLC, a Delaware Limited Liability Company,<br><br>            Defendants. | CASE NO.: 2:19-cv-00934-JAD-NJK<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND DISCOVERY DEADLINES**<br><br>(***Third Request***) |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 26-4, Defendant Credit One Bank, N.A. ("Defendant") and Plaintiff Karen Shields ("Plaintiff"), by and through their undersigned counsel, hereby submit this joint request to stay discovery.  This is the parties' first request to stay discovery and their third request for a possible extension of the discovery deadlines which are set forth in Stipulation and Order for Extension of Discovery Deadlines (ECF No. 42).  The current discovery deadline is February 12, 2020.  (ECF No. 42.)

Good cause exists to stay discovery in this matter.  The Court issued a Report and Recommendation (ECF No. 43) on January 10, 2020 recommending that Defendant's Motion to

Dismiss Plaintiff's First Amended Complaint be granted, without leave to amend by Plaintiff.

Therefore, to avoid any additional, unnecessary expenses, the parties respectfully request a stay of the current discovery schedule (which is limited to the taking of six depositions). This stay will lift only if: (1) an objection to the Court's Report and Recommendation is filed and the Court thereafter were to not follow the said Report and Recommendation; or (2) if the Court does follow the Report and Recommendation and an appeal of the Order therein is filed and granted by the appellate court.

If the Court issues an Order contrary to the Report and Recommendation denying Defendant's Motion to Dismiss, the parties agree to complete the six currently-scheduled limited depositions of Plaintiff, Plaintiff's physician, and Defendant's four employees within 45 days of such an Order. In conformance with the Court's previous Orders, no additional discovery, aside from these six depositions, will occur.

DATED this 13th day of January, 2020.  DATED this 13th day of January, 2020.

LAW OFFICES OF MICHAEL P. BALABAN  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Michael P. Balaban*  /s/ *Amy L. Howard*

| | |
|---|---|
| Michael P. Balaban | Anthony L. Martin |
| Nevada Bar No. 9370 | Nevada Bar No. 8177 |
| 10726 Del Rudini Street | Amy L. Howard |
| Las Vegas, NV 89141 | Nevada Bar No. 13946 |
| *Attorneys for Plaintiff* | Wells Fargo Tower |
| | Suite 1500 |
| | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

     January 14, 2020
_____
DATE

2