Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SHIELDS, | Case No.: 2:19-cv-00934-JAD-NJK |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST** |
| CREDIT ONE BANK, N.A.; CREDIT ONE FINANCIAL, a Nevada Corporation; SHERMAN FINANCIAL GROUP, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

Counsel for Defendant Credit One Bank, N.A. ("Defendant") hereby files this Motion for Removal of Counsel from the CM/ECF Service List in the instant matter.  This Motion seeks to remove attorney Amy L. Howard from the CM/ECF service list.  Ms. Howard has left Ogletree, Deakins, Nash, Smoak & Stewart, P.C. to practice at another law firm.  As Ms. Howard is no longer

. . .

. . .

. . .

. . .

. . .

. . .

counsel of record for Defendant, Defendant respectfully requests that this Court remove her name from the CM/ECF docket and CM/ECF service list for this matter.

DATED this 23rd day of November, 2022.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston
Suite 500
Las Vegas, NV  89135
*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2022

2